**SO ORDERED.**

**SIGNED this 18th day of December, 2019.**



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

___

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| FENCEPOST PRODUCTIONS, INC., | ) Case No. 19-22623 |
| | ) |
| Debtor. | ) |

### ORDER GRANTING MOTION FOR TRANSFER OF VENUE TO TOPEKA DIVISION

THIS MATTER comes on Debtor's Motion for Transfer of Venue to Topeka Division and, after review of the record and consideration of the relief requested,

THE COURT FINDS as follows:

1. On December 18, 2019, Debtor Fencepost Productions, Inc., ("Fencepost") together with its affiliates, NPB Company, Inc. and Old Dominion Apparel Corporation, filed for bankruptcy relief under Chapter 11 of the Bankruptcy Code. Although all three bankruptcy Petitions were designated to be filed in the Topeka division of this Court, the Fencepost Petition was incorrectly lodged in the Kansas City, Kansas Division while the affiliate filings were lodged in the Topeka division.

2. Debtor promptly filed its Motion for Transfer of Venue to Topeka Division (the "Motion"). Under the circumstances, Debtor contends that it is appropriate for the Court to transfer venue of the Fencepost Chapter 11 case to the Topeka division. The Motion states the intention of Debtors' counsel for all three cases to be lodged in the Topeka division in order to effectuate joint administration needed in light of the shared business enterprise among all three Debtors and the corresponding commonality of issues and matters that will arise in the cases. As two of the three cases are now pending in the Topeka division, the efficient administration of the three cases as well as the interests of justice are best served by a transfer of venue of the Fencepost case to the Topeka division.

3. Good cause is shown for approval of the Motion and granting of the requested transfer of venue.

THEREFORE, IT IS HEREBY ORDERED that the Fencepost Chapter 11 case is transferred to the Topeka division of this Court.

###

**SUBMITTED BY**:

MCDOWELL RICE SMITH & BUCHANAN

*/s/ Jonathan A. Margolies*
Jonathan A. Margolies    MO Bar #20770
    Fed/KS Bar #70693
605 W. 47th Street, Suite 350
Kansas City, Missouri 64112
Telephone: (816) 753-5400
Facsimile: (816) 753-9996
email: jmargolies@mcdowellrice.com
ATTORNEYS FOR DEBTORS
FENCEPOST PRODUCTIONS, INC.
NPB COMPANY, INC.
OLD DOMINION APPAREL CORPORATION